NDFL Prob 35                                                                      Report and Order  
(1/92)                                                                         Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V                                                 Dkt. No. 1:87CR47-001

JOHN MICHAEL BROWN

On June 9, 2006, the above named was placed on Supervised Release for a period of ten (10) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

_____  
Edward A. Emery  
Sr. U. S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 20th day of November, 2009.

_____  
Maurice M. Paul  
Senior United States District Judge